UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
INDUSTRIAL PRINT TECHNOLOGIES L.L.C., :  15cv672 (DLC)
                                     :
                Plaintiff,           :  ORDER OF
                                     :  DISCONTINUANCE
        -v-                          :
                                     :
CANON U.S.A., INC., and CANON        :
SOLUTIONS AMERICA, INC.,             :
                                     :
                Defendants.          :
                                     :
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2016

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is

ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:   New York, New York
         February 11, 2016

                                    _____
                                              DENISE COTE
                                    United States District Judge